**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**FARMERS INSURANCE COMPANY, INC.**                                                           **PLAINTIFF**

v.                                  Case No. 4:13-cv-00024-KGB

**LORI SETTLE, DAVID SETTLE,**
**RACHEL WATTS, and KAITLYN HONEA**                                                           **DEFENDANTS**

**ORDER**

Pursuant to the Opinion and Order entered this date, judgment is hereby entered in favor of Farmers Insurance Company, Inc. ("Farmers"). It is hereby declared that Farmers provides no coverage under policy no. 91598-92-81 to Lori Settle and David Settle for the claims of Rachel Watts, as parent, next friend, and guardian of Kaitlyn Honea, and Kaitlyn Honea, individually, in Circuit Court of Saline County, Arkansas, Case No. CV2011-619-3.

SO ADJUDGED this the 28th day of March, 2014.

_____
Kristine G. Baker
United States District Judge